# Exhibit F-1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Vivitro Accelerated Durability Tester for Prosthetic Heart Valves



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

## Valve Chamber Section View



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    VIVITRO_000002

Valve Chamber Section View - Tilted



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    VIVITRO_000003

## Valve Chamber Section View



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY