1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories Of Colorado, LLC<br><br>*Plaintiff,*<br><br>vs.<br><br>ViVitro Labs, Inc.<br><br>*Defendant.* | CASE NO: 2:23-CV-04291-HDV<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED HEARING DATE FOR PENDING MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:**<br>**Time:**<br>**Courtroom:** |

This matter is before the Court upon Plaintiff, Biomedical Device Consultants & Laboratories of Colorado, LLC's ("BDC") *Ex Parte* Application for Expedited Hearing Date for Pending Motion for Preliminary Injunction. *Ex parte* applications are granted upon an adequate showing of good cause or irreparable injury to the party seeking relief. *Clark v. Time Warner Cable*, No. CV 07-1797-VBF(RCx), 2007 U.S. Dist. LEXIS 100716, at *2 (C.D. Cal. May 3, 2007); Fed. R. Civ. P. 6(c)(1)(C). I find that BDC has shown good cause, and irreparable harm, if the hearing on its motion for preliminary injunction is delayed until October.

It is hereby ORDERED that the following dates be adopted:

- Defendant's Opposition to the Motion for Preliminary Injunction shall be filed no later than _____.
- Plaintiff's Reply in Support of its Motion for Preliminary Injunction shall be filed no later than _____.
- The Court shall hold an evidentiary hearing on the Motion starting at _____ on, in Courtroom 5B, 5th Floor of the United States Courthouse, 350 West 1st Street, Los Angeles, California.

**IT IS SO ORDERED.**

Dated:_____, 2023

Hon. Hernán D. Vera
U.S. District Court Judge