1   Gregory S. Tamkin (SBN 175009)
    *tamkin.greg@dorsey.com*
2   **DORSEY & WHITNEY LLP**
    1400 Wewatta Street, Suite 400
3   Denver, CO 80202-5549, tel. (303) 629-3400

4   Shannon L. Bjorklund (admitted *Pro Hac Vice*)
    *bjorklund.shannon@dorsey.com*
5   **DORSEY & WHITNEY LLP**
    50 South Sixth Street, Suite 1500
6   Minneapolis, MN 55402-1498, tel. (612) 340-2600

7   Maral J. Shoaei (SBN 345117)
    *shoaei.maral@dorsey.com*
8   **DORSEY & WHITNEY LLP**
    167 Hamilton Avenue, Suite 200
9   Palo Alto, CA 94301, tel. (303) 352-1146

10  Kent Schmidt (SBN 195969)
    *schmidt.kent@dorsey.com*
11  **DORSEY & WHITNEY LLP**
    600 Anton Boulevard, Suite 2000
12  Costa Mesa, CA 92626-7655, tel. (714) 800-1400

13  ***Attorneys for Plaintiff***
    ***Biomedical Device Consultants & Laboratories of***
14  ***Colorado, LLC***

15              **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17  | | |
    |---|---|
    | Biomedical Device Consultants & Laboratories Of Colorado, LLC | CASE NO: 2:23-CV-04291-HDV |
    | *Plaintiff,* | Hon. Judge Hernán D. Vera |
    | v. | |
    | ViVitro Labs, Inc. | **PLAINTIFF'S NOTICE OF APPEAL** |
    | *Defendant.* | |
    | ViVitro Labs, Inc. | |
    | *Counterclaimant,* | |
    | v. | |
    | Biomedical Device Consultants & Laboratories Of Colorado, LLC | |
    | *Counterclaim Defendant.* | |

1

## NOTICE OF APPEAL

2

     Notice is hereby given, pursuant to Fed. R. App. P. 3(a)(1), that Plaintiff Biomedical Device

3

Consultants & Laboratories Of Colorado, LLC appeals to the United States Court of Appeals for the

4

Federal Circuit from the Court's August 29, 2023 Order Denying Plaintiff's Motion for Preliminary

5

Injunction (Dkt. No. 91), as well as all orders subsumed within or ancillary to that Order.  *See Katz v.*

6

*Lear Siegler Inc.*, 909 F.2d 1459, 1461 (Fed. Cir. 1990). The Court of Appeals for the Federal Circuit

7

has exclusive jurisdiction over any appeal, pursuant to 28 U.S.C. § 1295(a)(1), as the Complaint in this

8

action included a claim of patent infringement under the Patent Act.

9

10

     Respectfully submitted this 11th day of September, 2023.

11

                  DORSEY & WHITNEY LLP

12

13

               By */s/ Shannon L. Bjorklund*

14

                    Gregory S. Tamkin
                    Shannon L. Bjorklund
                    Maral J. Shoaei

15

16

                    Attorneys for Plaintiff Biomedical Device
                    Consultants & Laboratories of Colorado, LLC

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that on this date, a true and correct copy of the foregoing document was served

3 on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil

4 Procedure and Local Rule 5-3.3.

5

6    Dated: September 11, 2023.

7            _/s/ Shannon L. Bjorklund_

8           INSERT NAME

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28