1 | Gregory S. Tamkin (SBN 175009)
  | *tamkin.greg@dorsey.com*
2 | **DORSEY & WHITNEY LLP**
  | 1400 Wewatta Street, Suite 400
3 | Denver, CO 80202-5549, tel. (303) 629-3400

4 | Shannon L. Bjorklund (admitted *Pro Hac Vice*)
  | *bjorklund.shannon@dorsey.com*
5 | **DORSEY & WHITNEY LLP**
  | 50 South Sixth Street, Suite 1500
6 | Minneapolis, MN 55402-1498, tel. (612) 340-2600

7 | Maral J. Shoaei (SBN 345117)
  | *shoaei.maral@dorsey.com*
8 | **DORSEY & WHITNEY LLP**
  | 167 Hamilton Avenue, Suite 200
9 | Palo Alto, CA 94301, tel. (303) 352-1146

10 | Kent Schmidt (SBN 195969)
   | *schmidt.kent@dorsey.com*
11 | **DORSEY & WHITNEY LLP**
   | 600 Anton Boulevard, Suite 2000
12 | Costa Mesa, CA 92626-7655, tel. (714) 800-1400

ADDITIONAL COUNSEL
IDENTIFIED ON FOLLOWING PAGE

***Attorneys for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC***

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories Of Colorado, LLC | CASE NO: 2:23-CV-04291-HDV |
| *Plaintiff,* | Hon. Judge Hernán D. Vera |
| v. | |
| ViVitro Labs, Inc. | **STIPULATION TO STAY LITIGATION PENDING APPEAL OF ORDER DENYING PRELIMINARY INJUNCTION** |
| *Defendant.* | |
| ViVitro Labs, Inc. | |
| *Counterclaimant,* | |
| v. | |
| Biomedical Device Consultants & Laboratories Of Colorado, LLC | |
| *Counterclaim Defendant.* | |

| | |
|---|---|
| 1 | Jeffrey H. Grant (SBN 218974) |
| 2 | jgrant@foxrothschild.com |
|   | **FOX ROTHSCHILD LLP** |
| 3 | 10250 Constellation Blvd., Suite 900 |
|   | Los Angeles, CA  90067 |
| 4 | Telephone: (310) 598-4150 |
| 5 | |
|   | Warren J. Thomas (admitted *Pro Hac Vice*) |
| 6 | wthomas@mcciplaw.com |
|   | John W. Harbin (admitted *Pro Hac Vice*) |
| 7 | jharbin@mcciplaw.com |
|   | **MEUNIER CARLIN & CURFMAN LLC** |
| 8 | 999 Peachtree Street NE, Suite 1300 |
|   | Atlanta, GA  30309 |
| 9 | |
| 10 | ***Attorneys for Defendant*** |
|    | ***ViVitro Labs Inc.*** |

Plaintiff and Defendant respectfully request that the Court enter this Stipulation to Stay Litigation (the "Stipulation") as an Order of the Court that would stay all deadlines in the above-referenced case (the "Litigation") until the resolution of the appeal filed by Plaintiff. The parties hereby stipulate and agree to the following:

1. This Litigation was filed on April 7, 2023 in the District of Colorado. After being transferred to the Central District of California, it was ultimately assigned to this Court.

2. Plaintiff filed a Motion for Preliminary Injunction, which was denied by the Court on August 29, 2023.

3. Plaintiff appealed the Order Denying Preliminary Injunction to the Court of Appeals for the Federal Circuit on September 11, 2023, which has been docketed as Case No. 2023-2393.

4. As of the date of filing of this Stipulation, no Scheduling Order has been entered in this Litigation. The Parties filed their Rule 26(f) report with a proposed schedule on July 13, 2023 [Dkt. No. 75].

5. The Parties have conferred and agree that a stay of this Litigation, pending appellate court review, would preserve both judicial and financial resources and promote efficiency.

6. The Parties hereby respectfully request that the Court:

    a. Stay all District Court deadlines in this Litigation until 14 days after the termination of the appeal;

    b. Decline to act on the Parties' Stipulated Rule 26(f) Discovery Plan [Dkt. No. 75]; and

    c. Order that the Parties submit an Amended Rule 26(f) Discovery Plan within 14 days of termination of the appeal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 20, 2023          DORSEY & WHITNEY LLP

                                   By  /s/ Shannon L. Bjorklund
                                       Kent Schmidt
                                       Gregory S. Tamkin
                                       Shannon L. Bjorklund
                                       Maral J. Shoaei

                                   *Attorneys for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 20, 2023 | MEUNIER CARLIN & CURFMAN LLC |
| 3 | | By  */s/ Warren J. Thomas* |
| 4 | |         Warren J. Thomas<br>        John H. Harbin |
| 5 | | *Attorneys for Defendant ViVtro Labs, Inc.* |

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(2)(i), the undersigned counsel of record attests that all of the signatories listed above and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ Shannon L. Bjorklund

# CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

Dated: September 20, 2023.

/s/ Shannon L. Bjorklund
Shannon L. Bjorklund