1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Biomedical Device Consultants & Laboratories Of Colorado, LLC<br><br>*Plaintiff,*<br>v.<br><br>ViVitro Labs, Inc.<br><br>*Defendant.* | CASE NO: 2:23-CV-04291-HDV<br><br>Hon. Judge Hernán D. Vera<br><br>**[PROPOSED] ORDER TO STAY LITIGATION PENDING APPEAL OF ORDER DENYING PRELIMINARY INJUNCTION** |
| ViVitro Labs, Inc.<br><br>*Counterclaimant,*<br>v.<br><br>Biomedical Device Consultants & Laboratories Of Colorado, LLC<br><br>*Counterclaim Defendant.* | |

The Court, having reviewed the "Stipulation To Stay Litigation Pending Appeal of Order Denying Preliminary Injunction" ("Stipulation") and good cause appearing,

IT IS HEREBY ORDERED:

a. All District Court deadlines in this Litigation are stayed until until 14 days after the termination of the appeal;

b. This Court will decline to act on the Parties' Stipulated Rule 26(f) Discovery Plan [Dkt. No. 75]; and

c. Within 14 days of termination of the appeal, the Parties shall submit an Amended Rule 26(f) Discovery Plan.

DATED: _____, 2023.

_____
Hon Hernán D. Vera
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

Dated: September 20, 2023.

                                        */s/ Shannon L. Bjorklund*
                                        Shannon L. Bjorklund