Jeff Grant (SBN 218974)
jgrant@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: 310-598-4150
Facsimile: 310-556-9828

WARREN J. THOMAS (*admitted Pro Hac Vice*)
wthomas@MCCIPLAW.COM
JOHN W. HARBIN (*admitted Pro Hac Vice*)
jharbin@MCCIPLAW.COM
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
Telephone: 404-645-7700

Attorneys for Defendant,
VIVITRO LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES OF COLORADO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIVITRO LABS, INC.,<br><br>Defendant, | Case No.: 2:23-CV-04291-HDV-E<br><br>Hon. Judge Hernán D. Vera<br><br>**STIPULATION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW** |
| VIVITRO LABS, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>BIOMEDICAL DEVICE CONSULTANTS & LABORATORIES OF COLORADO, LLC,<br><br>Counterclaim Defendant. | |

  Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC (BDC) and Defendant ViVitro Labs Inc. (ViVitro) respectfully request that the Court enter this Stipulation to Stay Litigation as an Order of the Court that would stay all deadlines in the above-referenced case (the Litigation) until the final resolution of the Petition for *inter partes* Review (IPR) filed by ViVitro. The parties hereby stipulate and agree to the following:

  1. This Litigation was filed on April 7, 2023, in the District of Colorado. After being transferred to the Central District of California, it was ultimately assigned to this Court.

  2. Plaintiff filed a motion for preliminary injunction, which was denied by the Court on August 29, 2023. [Dkt. No. 91].

  3. Plaintiff appealed the order denying the preliminary injunction. [Dkt. No. 94]. At the parties' request, the Court entered an order staying all deadlines and directing the parties to "submit an Amended Rule 26(f) Discovery Plan" within 14 days after termination of the appeal.[1]

  4. On January 26, 2024, while the appeal was still pending, ViVitro filed a Petition for IPR, proceeding No. IPR2024-00320, at the U.S. Patent and Trademark Office. The Petition requests cancelation of every asserted claim of the patent at issue in the Litigation. A decision from the PTAB on whether to institute IPR is expected no later than August 8, 2024. If instituted, a final written decision would be expected no later than August 8, 2025.

  5. The Court of Appeals for the Federal Circuit affirmed this Court's order denying the preliminary injunction on March 28, 2024. [Dkt. Nos. 98-99]. Thus, under the prior order to stay, the parties' Amended Rule 26(f) Discovery plan is due April 11.

---

[1] The parties filed their original Rule 26(f) report with a proposed schedule on July 13, 2023, before briefing on the preliminary injunction motion completed. [Dkt. No. 75]. The Court had not yet entered a scheduling order when the case was stayed.

STIP. TO STAY PROCEEDINGS

6. The parties have conferred and agree that a stay of this Litigation pending final resolution of the Petition for IPR would preserve both judicial and financial resources and promote efficiency.

7. Accordingly, the parties respectfully ask this Court to (1) stay all deadlines until completion of IPR proceeding (including any appeal) or until further order of the Court and (2) direct the parties to file a notice informing the Court within 14 days of any orders by the PTAB (or Court of Appeals) disposing of the IPR.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 10, 2024         Respectfully submitted,

By  */s/ Warren J. Thomas*
Warren Thomas
*Attorney for Defendant ViVitro Labs Inc.*

Dated: April 10, 2024         Respectfully submitted,

By  */s/ Shannon L. Bjorklund*
Shannon L. Bjorklund
*Attorney for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC*

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(2)(i), the undersigned counsel of record attests that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Warren J. Thomas*